UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA L. SEAICH,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | Case No. CV-16-127-M-JCL<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is affirmed.

    Dated this 8th day of August, 2017.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Annie Puhrmann
                              Annie Puhrmann, Deputy Clerk